In the Matter of the Claim of ROY STARK, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck JJ.

In the Matter of the Claim of PHILIP M. LASHER, Respondent, against THE MARTIN CANTINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN LAPP and DAISY LAPP, Respondents, against CHARLES NOBLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LIBBIE MILLER, Respondent, against PIERSON & WILLIAMS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion to substitute administratrix granted. Motion to dismiss appeal denied, with ten dollars costs to the claimant against the employer and its insurance carrier, upon the ground that the award of eight hundred and eighty dollars and seventy cents had vested. (*State ex rel. Munding* v. *Industrial Commission of Ohio*, 92 Ohio St. 434; 111 N. E. 299; *United Collieries, Ltd.*, v. *Hendry*, 2 B. W. C. C. 308; *Price* v. *Westminster Brymbo Coal Co.*, 8 id. 257.) Whitmyer, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Hinman, J., dissent on ground that " compensation and benefits shall be paid only to employees or their dependents." (Workmen's Comp. Law, § 33 ) This award was benefits and remains such until paid. Upon the death of the widow of the deceased employee her claim abated and the award to her did not pass to her estate. No dependent survived to whom benefits could be paid.

GLOVERSVILLE KNITTING COMPANY, Respondent, v. HERBERT ROTHSTEIN, INC., Appellant.— Motion for further stay denied, unless the defendant, on or before September 25, 1929, gives security to protect plaintiff's judgment as required by section 614 of the Civil Practice Act. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

DORA JOHNSON and Others, Respondents, v. WILLIAM A. HAYFORD and Another, Appellants.— Motion granted, with ten dollars costs, unless the appellants put the case on the present calendar and are ready to argue or dispose of it at this term, with the approval of the respondents, and pay said costs; in which case the motion is denied. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EMMA McINTYRE and Others, Respondents, against THE NIAGARA FALLS POWER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with ten dollars costs to the claimant